IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv252-MHT |
| | ) | (WO) |
| CENTURYTEL PHONE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 27, 2006, (Doc. # 11), that the defendant's dismissal motion be granted and this case be dismissed for lack of jurisdiction.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED; that the defendant's motion to dismiss (Doc. # 8) be and is hereby GRANTED; and that this case be and is hereby DISMISSED  for lack of jurisdiction.

An appropriate judgment will be entered.

Done this the 25th day of May 2006.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE