IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTURYTEL PHONE COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION NO.  1:06cv252-MHT<br>(WO) |

## JUDGMENT

In accordance with the order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case be and is hereby DISMISSED for lack of jurisdiction.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 25th day of May 2006.

                                                   /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE